# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus*◊ |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only    e-mail: Admin@Jeblaw.biz    ! Admitted in Bolivia Only
♦ Admitted in New York Only                                  ∆ Member of the DC Federal Bar

February 4, 2005

**Via Facsimile Only**
Theodore Hinton, Principal
P.R. Harris Educational Center
4600 Livingston Road, SE
Washington, D.C. 20032

    Re:    **Request for Initial Evaluations for Shantavia Foster DOB: 11/07/92**

Dear Mr. Hinton,

My client, Ms. Theresa Foster, hereby requests that District of Columbia Public Schools ("DCPS") conduct comprehensive initial evaluations of her daughter, Shantavia Foster, a student at P.R. Harris Educational Center, to determine if Shantavia is eligible for special education and related services. Ms. Foster is making this request due to her concerns that Shantavia is experiencing academic problems at school that are negatively impacting her grades. The comprehensive initial evaluations requested include but are not limited to: a psychological-educational; a speech & language; a social history; and a formal classroom observation. The evaluations requested also include, **if warranted**: a clinical-psychological evaluation and/or functional behavioral assessment to address behavioral concerns, a neuropsychological; and an occupational therapy evaluation. Parent-signed authorizations and consent forms for these evaluations are included so that you can begin the evaluation process.

Also, be advised that Ms. Foster will allow a reasonable time, as specified by applicable laws and regulations, for DCPS to respond to this request for initial evaluations. Should DCPS fail to make such a response, then the parent will seek other remedies allowed by the applicable laws and regulations.

**Lastly, this request is not in any way intended to restart or relieve DCPS of any prior evaluation timelines that may already be in effect, and this request is not intended to waive any of the parents' or student's rights that would have entitled them to have the evaluation process completed by now, such as the "Child Find" regulations found in the applicable law and regulations.**

Thank you very much for your attention, and please call me if you have any questions or comments.

Yours truly,

Miguel A. Hull

Attachment: Consent for Evaluation – Initial
cc:  Assistant Superintendent, DCPS Division of Special Education
     DCPS Office of the General Counsel

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    1174
CONNECTION TEL                                96453486
CONNECTION ID
ST. TIME                    02/04 13:15
USAGE T                     01'04
PGS. SENT                   8
RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |
| * Admitted in Maryland Only | | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | ∆ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:       February 4, 2005

TO:         Theodore Hinton, Principal
            P.R. Harris Educational Center

FAX NO:     202-645-3486

FROM:       Heidi Romero, Legal Assistant for Miguel Hull, Esq.

SUBJECT:    Records and Initial Evaluations Request for Shantavia Foster
            DOB: 11/07/92

NUMBER OF PAGES INCLUDING COVER SHEET:  **8**

COMMENTS:   For your records please find attached a copy of the Authorization and
            Representation Form, the General Authorization for Information Form,
            and the Consent to Evaluate Form.

```
                      ***********************
                      ***    TX REPORT    ***
                      ***********************

      TRANSMISSION OK

      TX/RX NO                    1204
      CONNECTION TEL                               94425518
      CONNECTION ID
      ST. TIME                    02/04 16:30
      USAGE T                     01'10
      PGS. SENT                   8
      RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*0∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*0∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only       e-mail: Admin@Jeblaw.biz       ! Admitted in Bolivia Only
♦ Admitted in New York Only                                       ∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:       February 4, 2005

TO:         Assistant Superintendent
            Office of Special Education, DCPS

FAX NO:     202-442-5518/5517

FROM:       Heidi Romero, Legal Assistant for Miguel Hull, Esq.

SUBJECT:    Records and Initial Evaluations Request for Shantavia Foster
            DOB: 11/07/92

NUMBER OF PAGES INCLUDING COVER SHEET: **8**

COMMENTS:   For your records please find attached a copy of the Authorization and
            Representation Form, the General Authorization for Information Form,
            and the Consent to Evaluate Form.

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

TX/RX NO              1176
CONNECTION TEL                    94425098
CONNECTION ID         OFF.OF GENERAL C
ST. TIME              02/04 13:32
USAGE T               01'08
PGS. SENT             8
RESULT                OK

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∧ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |
| * Admitted in Maryland Only | | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | ∆ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:      February 4, 2005

TO:        Office of the General Counsel of the District of Columbia

FAX NO:    202-442-5098/5097

FROM:      Heidi Romero, Legal Assistant for Miguel Hull, Esq.

SUBJECT:   Records and Initial Evaluations Request for Shantavia Foster
           DOB: 11/07/92

NUMBER OF PAGES INCLUDING COVER SHEET: **8**

COMMENTS:  **For your records please find attached a copy of the Authorization and
           Representation Form, the General Authorization for Information Form,
           and the Consent to Evaluate Form.**