DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
STUDENT EVALUATION PLAN
(SEP)

| MDT SEP |

MDT REFERRAL DATE: _____   MEETING DATE: 3-24-05
STUDENT: FOSTER, Shantavia  DOB: 11-7-92  AGE: 12  GRADE: 7  SCHOOL: PR Harris Ed
STUDENT IDENTIFICATION NUMBER: 9017705   TEACHER/HOMEROOM: Mrs. Turley
ADDRESS: 253-V St NW #21 Wash DC (202)
   Street #   Street Name   Quadrant   Apartment #   City   State   Zip Code
PARENT(S)/GUARDIAN: Gregory Foster   TELEPHONE (H): 588-5194 (W)(202)549-7923

Summarize Area(s) of Concern: Team first identified concerns. Concerns centered around Math according to report card and parent. Father reported concerns around teachers and the strategies being utilized with his children. Teacher reported that she has periodic concerns around student's memory and learning problems. Teacher reported student tries but struggles and reports being unsure whether student is capable.

Team Recommendations:

**EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)**

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☑ Psychological | Kathleen Shaw | | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☑ Educational | | | | |
| ☐ Hearing Screening | | | | |
| ☐ Other | Other: | Other: | | |

TEAM MEMBERS: NAME / POSITION
Tracy Gawell / LEA
Thomaxxx W. Coats??? / Clin. Soc. Wkr.
??? / Sp. Ed. Teacher
Jxx Scott / Counselor

TEAM MEMBERS: NAME / POSITION
Kathleen M Shaw / Sch. Psych.
Robin Boucher / Sp. Ed. Advocate
Gregory Foster

The MDT meeting to discuss the evaluation results is scheduled on _____ at _____ in room _____

Place completed form in MDT folder.
DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT - SEP    APPENDIX - A

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____   MULTIDISCIPLINARY TEAM (MDT)   Page: 2 of ___
CONTINUATION MEETING NOTES
MEETING TYPE: SEP

STUDENT: Pooley Shantavia   SCHOOL: PR Harris EC   DATE: 3-24-05

Teacher reported she was unclear about the referral process but told parent she thought student needed to be evaluated both last year and this year. She also reported that she needs to know the referral procedure. A suggestion was made by SPED coordinator for afterschool tutoring in Math for student. Father reports having concerns about whether teachers "care" or are giving up. Advocate requests on behalf of the parent student that she be evaluated. Team agreed with request to order a psychoed. Advocate requested to hear from science teacher, K. Harris. Student's grade went from a C to a D- (3rd advisory). Parent will sign Shantavia up for afterschool program this date. After Core form given to Mr. Foster is correct by Mr. Scott. Once testing completed, team will reconvene.



C. Robin Boucher, Ph.D
Special Education Advocate

1220 L Street, NW
Suite 700
Washington, DC 20005
Voice: (202) 742-2000
Facsimile: (202) 742-2098
E-mail: Rboucher@jeblaw.biz

## ADVOCATE'S MEETING NOTES

MEETING SET FOR 9:30 - BEGAN @ 10:15

TYPE OF MEETING:   √ SEP   ___ MDT   ___ IEP   ___ FBA

___ COMP ED   ___ 504 PLAN   ___ IBP

STUDENT: Shantavia Foster   DATE: 3/24/05

PROCEDURAL MANUAL GIVEN TO PARENT, WHO SIGNED RECEIPT
AT 10:15 OTHER TEAM MEMBERS BESIDES TRACYE GARRETT NOT PRESENT
PARENT SAID AD. 1 GRADES WERE "SHAKY".
GARRETT: SHANTAVIA HADN'T BEEN "KNOWN" TO SCHOOL.
GRADE REPORT:
    AD. 1 & 2: "F" IN MATH.
    AD. 1 & 2: "C" → "D-" LIFE SCIENCE
NO TAT PROCESS HAS OCCURRED
TEACHER SAID BOTH CHILDREN SHOULD HAVE BEEN EVALUATED
    FOR SPED — TAUGHT THEM LAST YEAR    WORKS 1:1 W/
    SHANTAVIA DOESN'T RETAIN INFORMATION    SHANTAVIA
    SHE STRUGGLES BUT TRIES
PARENT: CHILD SAYS TEACHER IS ABSENT A LOT.
ADVOCATE: 9/00 SAT 9 SHOWED BELOW BASIC IN MATH.
    SHE WAS BASIC IN 9/99.
            ↳ TO ADVANCED
                                        DRAWS
TEACHER: SHE'S WELL BEHAVED AND QUIET. TEACHER ~~PULLS~~ HER
    OUT.
TEACHER RECOMMENDED EVALUATION LAST YEAR BUT DIDN'T
    KNOW REFERRAL PROCESS AND WROTE UP A LIST OF
    STUDENTS NEEDING EVALUATIONS "JUST TO CHECK."
MR. SCOTT PRESENT COUNSELOR, HASN'T SEEN SUCH A LIST.
    HE'S NEW HERE THIS YEAR.
MS. TURLEY HAS BEEN IN DCPS ABOUT 18 YRS.
SHE (TURLEY) WROTE THE LIST AT THE END OF SY 03-04.
PARENT UNAWARE OF ANY AFTER-SCHOOL TUTORING.
TURLEY HAS WORKED W/ SHANTAVIA DURING LUNCH TIME ON MATH.
GARRETT SUGGESTS TUTORING BEFORE TESTING.
ADVOCATE: TAT TIME HAS PASSED. THE PARENT WANTS AN
    EVALUATION.

PAGE  1  OF  2

C. Robin Boucher, Ph.D
Special Education Advocate

1220 L Street, NW
Suite 700
Washington, DC 20005
Voice: (202) 742-2000
Facsimile: (202) 742-2098
E-mail: Rboucher@jeblaw.biz

## ADVOCATE'S MEETING NOTES

TYPE OF MEETING:   ✓ SEP   ___ MDT   ___ IEP   ___ FBA
                   ___ COMP ED   ___ 504 PLAN   ___ IBP

STUDENT: Shantavia Foster     DATE: 3/24/05

Parent hadn't seen the Ad. 2 grade report prior to today.
Advocate asked why Life Science "D-" grade
Psychoeducational evaluation will be ordered.
No S/L issues suspected.
No behavioral or emotional issues suspected.

PAGE 2 OF 2