**STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA**
**REQUEST FOR MEDIATION/HEARING**

➤ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➤ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION    ___ I REQUEST MEDIATION AND A HEARING    _X_ I REQUEST A HEARING

---

**STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED**

Student Name:  Shantavia Foster.                                                    DOB:  November 7, 1992

Address:    253 V. St., NW, Apt. #21, Washington, D.C. 20001

Present School of Attendance:    P.R. Harris
Home School:                                 Gage-Eckington Elementary School
                                                     (Neighborhood school where child is registered)

COMPLAINT IS MADE AGAINST:    District of Columbia Public Schools
                                                     DCPS and/or D.C. Public Charter School-specify charter school

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Name:    Theresa Foster

Address:    253 V. St., NW, Apt. #21, Washington, D.C. 20001

Phone: (H) 202 588-5791            (W) 202 645-3312          (F)   cell 202 410-0150

Relationship to Student:  _X_ Parent   ___ Self   ___ Legal Guardian   ___ Parent Surrogate
                     ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

Name:   Miguel A. Hull, Esq.            Phone: (W) 202 742-2015       (Fax) 202 742-2098

Address: 1220 L St., NW, #700, Washington, D.C. 20005

---

Form 101                                                                                                                02/01/2003

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

**PLEASE DO NOT SET FOR APRIL 26, 2005 OR FOR THE WEEK OF MAY 2 THROUGH MAY 6, 2005. PARENT'S COUNSEL IS NOT AVAILABLE ON THOSE DAYS**

Hearings:  May 11, 2005         May 12, 2005         May 13, 2005

Mediation:  Not requested        Not requested        Not requested

FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

    Interpreter
    ___ Foreign Language _____

Form 101                                                                                              02/01/2003

```
___ Sign Language _____
___ Other _____
___ Special Communications _____
Special Accommodation for Disability _____
Other _____
```

In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
(You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

**Failure to begin evaluation process at end of 2003-2004 School year resulting in unnecessary and harmful loss of time and resulting in academic failure.** Shantavia Foster is a twelve-year-old student at P.R. Harris School in the District of Columbia. Her home school is Gage-Eckington Elementary School also in the District of Columbia. She is not currently in special education, but has had academic problems for most of the time that he has been in school. On February 4, 2005, the parent acting through counsel sent a written request to P.R. Harris for initial evaluations to determine Shantavia's eligibility for special education. In that request, the parent specifically stated:

> this request is not in any way intended to restart or relieve
> DCPS of any prior evaluation timelines that may already be
> in effect, and this request is not intended to waive any of
> the parents' or student's rights that would have entitled
> them to have the evaluation process completed by now,
> such as the "Child Find" regulations found in the applicable
> law and regulations.

See Request for Initial Evaluations 2/4/05. Unbeknownst to the parent and her representatives at that time, but one of Shantavia's teachers, Ms. Turley, had already made a written referral during the 2003-04 school year for Shantavia to be evaluated. The parent and advocate first learned this information during a Student Evaluation Plan ("SEP") meeting held for Shantavia at P.R. Harris on March 24, 2005. During that meeting, Ms. Turley conceded that sometime near the end of the 2003-04 school year she had submitted Shantavia's name on a list of students that she felt needed to be evaluated. During that same SEP meeting, the team agreed for DCPS to conduct a psychological-educational evaluation for Shantavia, but did not offer for that evaluation to be done in an expedited manner despite Ms. Turley's previous referral. In light of this, the parent now respectfully asserts that the time for DCPS to have completed Shantavia's evaluations expired 120 days after Ms. Turley made her referral for evaluations such that the time for completing those evaluations has now expired. See 34 C.F.R. Sec. 300.125 (State responsible for identifying. locating, and evaluating all children with disabilities in the jurisdiction); 34 C.F.R. Sec. 300.300 (State responsible for identifying. locating, and evaluating all children with disabilities in the jurisdiction); 34 C.F.R. Sec. 300.503 (public agency must provide written notice whenever it refuses to evaluate); 5 DCMR Sec. 3004.1 (b) (referral for evaluations can be made by teacher); D.C. Code Sec. 38-2501; 5 DCMR Sec. 3004.1 (b); and 5 DCMR Sec. 3005.2 (evaluations to be done within 120 days of referral).

- The parent further asserts any additional facts or issues, related to those raised here, which may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1) Whether the time for DCPS to have completed Shantavia's evaluations expired 120 days from the date of Turley's referral that was made during the 2003-04 school year?
2) Whether Shantavia is entitled to compensatory education from September 1, 2004 when the initial evaluation process should have been completed?
3) If the proof offered at the due process hearing differs from the description of the nature of the problems, as stated above, and the proposed resolution of the problem, as stated below, then the parent hereby amends the hearing request to conform to the proof presented at and during the hearing.

**Describe relevant facts relating to the problem:**

Please see section under Nature of the Problem.

**State how you would like to see the problem corrected:**

Shantavia Foster's parent respectfully requests:

1. a finding that the time for DCPS to have completed Shantavia's evaluations expired 120 days from the date of Turley's referral that was made during the 2003-04 school year;

2. a finding that Shantavia may be entitled to compensatory education from September 1, 2004 until such time as she receives special education services;

3. that DCPS be ordered to complete Shantavia's psychological-educational within two weeks or else fund an independent psychological-educational;

4. that DCPS be ordered to convene an MDT meeting within ten business days of either completing or receiving the psychological-educational evaluation;

5. that the purpose of the MDT meeting shall be to determine eligibility for special education and if found eligible to develop an Individualized Educational Program; determine any compensatory education due from September 1, 2004 to the present and continuing until services are provided; and to identify an appropriate placement with placement to be made within five business days if for a public school or program or within thirty calendar days if for a non-public school or program;

6. that the MDT meeting be scheduled through parent's counsel;

7. that DCPS provide any other relief deemed appropriate and relating to the violations committed here;

Form 101                                                              02/01/2003

8.  that pursuant to 5 DCMR 3021.8 DCPS be ordered to provide parent's counsel copies of all evaluation reports and all educational records, not previously provided at least two business days before any meeting in which the student or parent is entitled to attend or participate;

_/s/ [signature]_____     March 31, 2005_____
Signature of Applicant/Parent (Required)     Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**FAX: (202) 442-5556**

---

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                                              Revised 02/01/2003

---

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3801
CONNECTION TEL                              94425556
CONNECTION ID
ST. TIME              03/31 16:58
USAGE T               00'49
PGS. SENT             6
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊∆<br>Brenda McAllister*◊∆<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Tilman L. Gerald∆<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers*◊ |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>∆ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:       March 31, 2005

TO:         Student Hearing Office
            District of Columbia Public Schools

TEL NO.:    202 442-5432

FAX NO.:    202 442-5556

FROM:       Miguel A. Hull, Esq.

SUBJECT:    **Shantavia Foster, DOB: 11/7/92 - Due process hearing request**

NUMBER OF PAGES INCLUDING COVER SHEET:    SIX

COMMENTS: