

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
202-442-5001  www.k12.dc.us

May 5, 2005

Miguel Hull, Esquire
James E. Brown & Associates
1220 L Street,
Suite 700
Washington, D.C. 20002

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2098**

Subject: Due Process Hearing for Shantavia Foster
DOB:  11/07/92
Attending School:  P.R. Harris Educational Center

Dear Mr. Hull:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Wednesday, May 11, 2005 at 9:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter pursuant to the following terms and conditions:

1. Parent/advocate verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The parent/counsel verifies that the student's date of birth is November 7, 2005 and that the attending school is P.R. Harris Educational Center and home school is Gage Eckington Elementary School.

3. Parent/counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. DCPS agrees to conduct a Psycho-Educational and Vineland/adaptive behavior assessment within 30 days if not already completed and provide said evaluations to parent's

*Children First*

DCPS Office of the General Counsel
Page 2

counsel at 202-742-2098. DCPS will also convene an MDT/IEP meeting within 30 days to review and revise the IEP and determine compensatory education if warranted.

5. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at 202-742-2098.

6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

7. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control (i.e., natural disaster or emergency), DCPS will request that parent/counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply. Parent/Counsel agrees that the method of communication will be facsimile to (202) 442-5517

9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand Dollars ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

*Stephanie Ramjohn Moore*
Stephanie Ramjohn Moore, Esq.
Attorney Advisor    Date: May 4, 2005

Agreed to: *Miguel Hull*
Miguel Hull, Esq.
Counsel for the Parent

*Children First*

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊Δ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |
| | | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | Δ Member of the DC Federal Bar |

May 7, 2005

Student Hearing Office
District of Columbia Public Schools
825 North Capitol St., NE, 9th floor
Washington, D.C. 20002
*Via facsimile only*

    **RE:** **Shantavia Foster DOB: 11/7/92 -Withdrawal of due process hearing request dated March 31, 2005 Hearing set for May 11, 2005 at 9:00 a.m.**

Dear Sir or Madam:

    Ms. Theresa Foster, mother of Shantavia Foster, hereby advises that she and the DCPS Office of the General Counsel have reached an agreement on the issues raised in the due process hearing request dated March 31, 2005, and set for hearing on May 11, 2005 at 9:00 a.m. and in light of this agreement, the parent further advises that *the pending due process hearing request is hereby withdrawn*. This withdrawal is solely limited to the specific issues raised in the hearing request and is not intended to effect any of the parent's or student's other rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; or District of Columbia Municipal Regulations ("DCMR").

    Thank you for your attention and please do not hesitate to contact me if you have any question or comments.

Yours truly,

*/s/ Miguel A. Hull*

Miguel A. Hull

CC:    Stephanie Ramjohn Moore, Esq. DCPS Office of the General Counsel

---

◊ *"Practice is limited solely to matters before the D.C. Public Schools' Office of Student Hearings under D.C. Court of Appeals Rule 49(c) (5)."*
° *Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.*

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              0492
CONNECTION TEL                      94425098
CONNECTION ID         REG OPS CENTER
ST. TIME              05/07 16:05
USAGE T               00'43
PGS. SENT             4
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West◆◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only<br>◆ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:**     May 7, 2005

**TO:**       Stephanie Ramjohn-Moore, Esq.
              Office of the General Counsel
              District of Columbia Public Schools

**TEL NO.:**  202 442-5000

**FAX NO.:**  202 442-5098/97

**FROM:**     Miguel A. Hull, Esq.

**SUBJECT:**  **Shantavia Foster DOB: 11/7/92 –Signed Settlement and Withdrawal of due process hearing request dated March 31, 2005 Hearing set for May 11, 2005 at 9:00 a.m.**

NUMBER OF PAGES INCLUDING COVER SHEET:     __FOUR__

**COMMENTS:**

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    0493
CONNECTION TEL                              94425097
CONNECTION ID
ST. TIME                    05/07 16:06
USAGE T                     00'37
PGS. SENT                   4
RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊∆ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |

\* Admitted in Maryland Only        e-mail: Admin@Jeblaw.biz        ! Admitted in Bolivia Only
♦ Admitted in New York Only                                         ∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:        May 7, 2005

TO:          Stephanie Ramjohn-Moore, Esq.
             Office of the General Counsel
             District of Columbia Public Schools

TEL NO.:     202 442-5000

FAX NO.:     202 442-5098/97

FROM:        Miguel A. Hull, Esq.

SUBJECT:     **Shantavia Foster DOB: 11/7/92 –Signed Settlement and Withdrawal of due process hearing request dated March 31, 2005 Hearing set for May 11, 2005 at 9:00 a.m.**

NUMBER OF PAGES INCLUDING COVER SHEET:        FOUR

COMMENTS:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0494
CONNECTION TEL                              94425556
CONNECTION ID
ST. TIME                05/07 16:07
USAGE T                 00'21
PGS. SENT               2
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊∆<br>Brenda McAllister*◊∆<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>∆ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:**      May 7, 2005

**TO:**        Student Hearing Office
               District of Columbia Public Schools

**TEL NO.:**   202 442-5432

**FAX NO.:**   202 442-5556

**FROM:**      Miguel A. Hull, Esq.

**SUBJECT:**   **Shantavia Foster DOB: 11/7/92 –Withdrawal of due process hearing request dated March 31, 2005 Hearing set for May 11, 2005 at 9:00 a.m.**

**NUMBER OF PAGES INCLUDING COVER SHEET:**     TWO

**COMMENTS:**