# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only             e-mail: Admin@Jeblaw.biz             ! Admitted in Bolivia Only

June 3, 2005

Office of Mediation and Compliance
District of Columbia Public Schools
825 North Capitol St., NE
Washington, D.C. 20002
Via facsimile only 442-5524 and 442-5517/18

**Re:   Shantavia Foster, DOB: 11/7/92 – Notice of violation of terms of settlement agreement dated May 4, 2005**

Dear Sir or Madam:

I am the attorney representing Ms. Theresa Foster in her efforts to obtain a free appropriate public education for his daughter, Shantavia Foster, a student at P.R. Harris School. Through this letter, Ms. Foster provides notice that District of Columbia Public Schools ("DCPS") has failed to comply with the terms of the settlement agreement dated May 4, 2005. Specifically, DCPS has failed to provide or complete the psychological-educational and Vineland/adaptive behavior assessment or convene the MDT meeting that was called for in the settlement. Please contact me to schedule this meeting and bring this case into compliance.

Sincerely,

Miguel A. Hull

◊ *Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.*
° *Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.*

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 1697
CONNECTION TEL                      94425517
CONNECTION ID            DCPS SPECIAL EDU
ST. TIME                 06/03 11:43
USAGE T                  00'24
PGS. SENT                2
RESULT                   OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

DATE:    June 3, 2005

TO:      Office of Mediation and Compliance
         District of Columbia Public Schools

PHONE:   202-442-4800

FAX NO:  202 442-5524 and 442-5517/18

FROM:    Miguel Hull, Esq.

SUBJECT: **Shantavia Foster, DOB: 11/7/92 – Notice of violation of terms of settlement agreement dated May 4, 2005**

NUMBER OF PAGES INCLUDING COVER SHEET: ___TWO___

COMMENTS:

```
                        ***********************
                        ***   TX REPORT    ***
                        ***********************

    TRANSMISSION OK

    TX/RX NO                    1698
    CONNECTION TEL                              94425518
    CONNECTION ID
    ST. TIME                    06/03 11:38
    USAGE T                     00'26
    PGS. SENT                   2
    RESULT                      OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only       e-mail: Admin@Jeblaw.biz       ! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:       June 3, 2005

TO:         Office of Mediation and Compliance
            District of Columbia Public Schools

PHONE:      202-442-4800

FAX NO:     202 442-5524 and 442-5517/18

FROM:       Miguel Hull, Esq.

SUBJECT:    **Shantavia Foster, DOB: 11/7/92 – Notice of violation of terms of settlement agreement dated May 4, 2005**

NUMBER OF PAGES INCLUDING COVER SHEET:   TWO

COMMENTS:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1696
CONNECTION TEL                          94425524
CONNECTION ID         MED&COMP/DCPS
ST. TIME              06/03 11:36
USAGE T               00'21
PGS. SENT             2
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

---

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only       e-mail: Admin@Jeblaw.biz       ! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:       June 3, 2005

TO:         Office of Mediation and Compliance
            District of Columbia Public Schools

PHONE:      202-442-4800

FAX NO:     202 442-5524 and 442-5517/18

FROM:       Miguel Hull, Esq.

SUBJECT:    **Shantavia Foster, DOB: 11/7/92 – Notice of violation of terms of settlement agreement dated May 4, 2005**

NUMBER OF PAGES INCLUDING COVER SHEET: ___TWO_____

COMMENTS: