STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
**REQUEST FOR MEDIATION/HEARING**

➤ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➤ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION   ___ I REQUEST MEDIATION AND A HEARING   _X_ I REQUEST A HEARING

**STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED**

Student Name: Shantavia Foster.                          DOB: November 7, 1992

Address: 253 V. St., NW, Apt. #21, Washington, D.C. 20001

Present School of Attendance:   P.R. Harris
Home School:                    Gage-Eckington Elementary School
                                (Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST:**   District of Columbia Public Schools
                                 DCPS and/or D.C. Public Charter School-specify charter school

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Name:    Theresa Foster

Address: 253 V. St., NW, Apt. #21, Washington, D.C. 20001

Phone: (H) 202 588-5791      (W) 202 645-3312      (F) cell 202 410-0150

Relationship to Student: _X_ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate
                         ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

Name: Miguel A. Hull, Esq.        Phone: (W) 202 742-2015    (Fax) 202 742-2098

Address: 1220 L St., NW, #700, Washington, D.C. 20005

Form 101                                                                02/01/2003

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:   July 5, 2005                July 6, 2005                July 7, 2005

Mediation:   Not requested              Not requested              Not requested

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

       Interpreter
       ___ Foreign Language _____
       ___ Sign Language _____
       ___ Other _____
       ___ Special Communications _____

Form 101                                                                 02/01/2003

    Special Accommodation for Disability _____
    Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below: (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

**Background**
Shantavia Foster is a twelve-year-old student at P.R. Harris School in the District of Columbia. Her home school is Gage-Eckington Elementary School also in the District of Columbia. She is not currently in special education, but has had academic problems for most of the time that he has been in school. On February 4, 2005, the parent acting through counsel sent a written request to P.R. Harris for initial evaluations to determine Shantavia's eligibility for special education. In that request, the parent specifically stated:

> this request is not in any way intended to restart or relieve DCPS of any prior evaluation timelines that may already be in effect, and this request is not intended to waive any of the parents' or student's rights that would have entitled them to have the evaluation process completed by now, such as the "Child Find" regulations found in the applicable law and regulations.

See Request for Initial Evaluations 2/4/05. Unbeknownst to the parent and her representatives at that time, but one of Shantavia's teachers, Ms. Turley, had already made a written referral during the 2003-04 school year for Shantavia to be evaluated. The parent and advocate first learned this information during a Student Evaluation Plan ("SEP") meeting held for Shantavia at P.R. Harris on March 24, 2005. During that meeting, Ms. Turley conceded that sometime near the end of the 2003-04 school year she had submitted Shantavia's name on a list of students that she felt needed to be evaluated. During that same SEP meeting, the team agreed for DCPS to conduct a psychological-educational evaluation for Shantavia, but did not offer for that evaluation to be done in an expedited manner despite Ms. Turley's previous referral. In light of this, the parent now respectfully asserts that the time for DCPS to have completed Shantavia's evaluations expired 120 days after Ms. Turley made her referral for evaluations such that the time for completing those evaluations has now expired. See 34 C.F.R. Sec. 300.125 (State responsible for identifying. locating, and evaluating all children with disabilities in the jurisdiction); 34 C.F.R. Sec. 300.300 (State responsible for identifying. locating, and evaluating all children with disabilities in the jurisdiction); 34 C.F.R. Sec. 300.503 (public agency must provide written notice whenever it refuses to evaluate); 5 DCMR Sec. 3004.1 (b) (referral for evaluations can be made by teacher); D.C. Code Sec. 38-2501; 5 DCMR Sec. 3004.1 (b); and 5 DCMR Sec. 3005.2 (evaluations to be done within 120 days of referral). Based on these facts, the parent filed a due process hearing request.

**Current allegations**
On May 7, 2005, the parent and DCPS entered into a written settlement agreement whereby DCPS agreed to:

Form 101                                                                            02/01/2003

> conduct a Psycho-Educational and Vineland/Adaptive behavior assessment within 30 days if not already completed and provide said evaluations to parent's counsel at 202-742-2098, DCPS will also convene an MDT/IEP meeting within 30 days to review and revise the IEP and determine compensatory education if warranted.

Settlement Agreement 5/4/05. To date, however, thirty days have passed and DCPS is yet to complete or provide the evaluations or convene the MDT meeting. On June 3, 2005, the parent, acting through counsel, sent a letter to the DCPS Office of Mediation and Compliance advising of the current violation and requesting compliance from DCPS. To date, the parent has not received any response from DCPS regarding that letter.

- The parent further asserts any additional facts or issues, related to those raised here, which may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1) Whether DCPS has inappropriately failed to complete or provide the psychological-educational and Vineland evaluations within thirty days as agreed in the May 7th settlement?
2) Whether DCPS has inappropriately failed to convene the MDT meeting within thirty days as agreed in the May 7th settlement?
3) Whether Shantavia is entitled to additional compensatory education for the violations committed here?
4) If the proof offered at the due process hearing differs from the description of the nature of the problems, as stated above, and the proposed resolution of the problem, as stated below, then the parent hereby amends the hearing request to conform to the proof presented at and during the hearing.

**Describe relevant facts relating to the problem:**

Please see section under Nature of the Problem.

**State how you would like to see the problem corrected:**

Shantavia Foster's parent respectfully requests:

1. a finding that DCPS has inappropriately failed to complete or provide the psychological-educational and Vineland evaluations within thirty days as agreed in the May 7th settlement;

2. a finding that DCPS has inappropriately failed to convene the MDT meeting within thirty days as agreed in the May 7th settlement;

3. a finding that Shantavia is entitled to additional compensatory education for the violations committed here?

4. that DCPS be ordered to fund an independent psychological-educational and Vineland;

5. that DCPS be ordered to convene an MDT meeting within ten business days of receiving the psychological-educational evaluation;

6. that the purpose of the MDT meeting shall be to determine eligibility for special education and if found eligible to develop an Individualized Educational Program; determine any compensatory education due from September 1, 2004 to the present and continuing until services are provided; and to identify an appropriate placement with placement to be made within five business days if for a public school or program or within thirty calendar days if for a non-public school or program;

7. that the MDT meeting be scheduled through parent's counsel;

8. that DCPS provide any other relief deemed appropriate and relating to the violations committed here;

9. that pursuant to 5 DCMR 3021.8 DCPS be ordered to provide parent's counsel copies of all evaluation reports and all educational records, not previously provided at least two business days before any meeting in which the student or parent is entitled to attend or participate;

_____          June 8, 2005_____
Signature of Applicant/Parent (Required)          Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**FAX: (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                                                 Revised 02/01/2003

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1969 |
| CONNECTION TEL | 94425556 |
| CONNECTION ID | |
| ST. TIME | 06/08 16:42 |
| USAGE T | 01'00 |
| PGS. SENT | 6 |
| RESULT | OK |

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only      e-mail: Admin@Jeblaw.biz      ! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:      June 8, 2005

TO:        Student Hearing Office
           District of Columbia Public Schools

PHONE:     202-442-5000

FAX NO:    202 442-5556

FROM:      Miguel Hull, Esq.

SUBJECT:   **Shantavia Foster DOB: 11/7/92 – Due Process Hearing Request**

NUMBER OF PAGES INCLUDING COVER SHEET:  SIX

COMMENTS: