

# AGS®ASSIST™
# VINELAND
## ADAPTIVE BEHAVIOR SCALES
### Interview Edition - Survey Form

**Client Information Summary**
Name: Foster, Shantania
ID#: 9017705
Birth date: 11/07/1992
Interview date: 03/07/2005
Age: 12-4
Sex: Female
Ethnicity: American Indian or Native Alaskan
Grade: 7
School / facility: P.R. Harris EC

**Respondent**
Name: Theresa Foster
Sex: Female
Relationship: Mother

**Interviewer**
Name: Thomasine Coates
ID#: 8211
Sex: Female
Position: ClinicalSocWkr

**Present Classification or Diagnosis:** none

**Reason for the Interview:** Diagnostic/evaluation purposes

**Other Information:**

| Other Test Data | Test Name | Date | Standard Score |
|---|---|---|---|
| Intelligence | | | |
| Achievement | | | |
| Other Tests | | | |

Copyright 2000, American Guidance Service, Inc. All rights reserved.

# Vineland Adaptive Behavior Scales
Interview Edition - Survey Form
March 23, 2005

## ADAPTIVE BEHAVIOR STANDARD SCORE SUMMARY - NATIONAL NORMS

**Client:** Foster, Shantania  
**ID:** 9017705  

**Interview date:** 03/07/2005  
**Age:** 12-4  

### Domain Score Summary

| Domain | Raw Score | Standard Score | Band of Error 90% Conf. | Percentile Rank | Stanine | Adaptive Level | Age Equiv. |
|---|---|---|---|---|---|---|---|
| Communication | 121 | 86 | 75 - 97 | 18 | 3 | Adequate | 10-2 |
| Daily Living Skills | 133 | 69 | 61 - 77 | 2 | 1 | Low | 8-7 |
| Socialization | 92 | 69 | 58 - 80 | 2 | 1 | Low | 7-2 |
| Motor Skills (Est) | NA | | | | | | |
| | Sum: 224 | | | | | | |
| Adaptive Behavior Composite | | 69 | 62 - 76 | 2 | 1 | Low | 8-8 |

### Subdomain Score Summary

| Domain | Subdomain | Raw Score | Adaptive Level | Age Equiv. |
|---|---|---|---|---|
| Communication | Receptive | 26 | Adequate | 7-10 |
| | Expressive | 59 | Mod. Low | 7-11 |
| | Written | 36 | Adequate | 10-4 |
| Daily Living Skills | Personal | 72 | Mod. Low | 8-2 |
| | Domestic | 24 | Mod. Low | 8-10 |
| | Community | 37 | Mod. Low | 8-7 |
| Socialization | Interpersonal Relationships | 40 | Low | 5-8 |
| | Play and Leisure Time | 26 | Mod. Low | 6-8 |
| | Coping Skills | 26 | Mod. Low | 8-6 |
| Motor Skills (Est) | Gross | NA | | |
| | Fine | NA | | |

Copyright 2000, American Guidance Service, Inc. All rights reserved.

# Vineland Adaptive Behavior Scales
Interview Edition - Survey Form
March 23, 2005

## STANDARD SCORE GRAPHIC PROFILE - NATIONAL NORMS

**Client:** Foster, Shantania  **Interview date:** 03/07/2005
**ID:** 9017705  **Age:** 12-4

*90% Confidence Level*



|  | Communication | Daily Living | Socialization | Motor Skills | Adapt Beh Comp |
|---|---|---|---|---|---|
| Band Of Error: | 75 - 97 | 61 - 77 | 58 - 80 |  | 62 - 76 |
| Standard Score: | 86 | 69 | 69 |  | 69 |

Copyright 2000, American Guidance Service, Inc. All rights reserved.

# Vineland Adaptive Behavior Scales
Interview Edition - Survey Form
March 23, 2005

## ADAPTIVE BEHAVIOR DOMAIN ANALYSIS - NATIONAL NORMS

**Client:** Foster, Shantania  
**ID#:** 9017705  

**Interview date:** 03/07/2005  
**Age:** 12-4

### DOMAIN STRENGTHS AND WEAKNESSES
#### Standard Score and Mean Differences

| Domain | Standard Score | Standard Score/ Mean Difference | Strength/ Weakness | Significance Level | Unusual Difference |
|---|---|---|---|---|---|
| Communication | 86 | 11 | Strength | Non-signif | Not Unusual |
| Daily Living Skills | 69 | -6 | Weakness | Non-signif | Not Unusual |
| Socialization | 69 | -6 | Weakness | Non-signif | Not Unusual |

Sum: 224

Mean: 75

### DOMAIN STANDARD SCORE DIFFERENCES
#### Pairwise Comparisons

| Domain | Standard Score Difference | Significance Level | Unusual Difference |
|---|---|---|---|
| Communication > Daily Living Skills | 17 | Non-signif | Not Unusual |
| Communication > Socialization | 17 | Non-signif | Not Unusual |
| Daily Living Skills = Socialization | 0 | Non-signif | Not Unusual |

### DOMAIN STANDARD SCORE DIFFERENCES
#### Range of Scores

| Domain | Standard Score Difference | Significance Level | Unusual Difference |
|---|---|---|---|
| Highest Domain Standard Score: Communication | | | |
| | 17 | Non-signif | Not Unusual |
| Lowest Domain Standard Score: Daily Living Skills   Socialization | | | |

* Domains used for highest and lowest score calculations are Communication and Daily Living Skills

Copyright 2000, American Guidance Service, Inc. All rights reserved.

# Vineland Adaptive Behavior Scales
Interview Edition – Survey Form
March 23, 2005

## NARRATIVE REPORT – NATIONAL NORMS

**Client:** Foster, Shantania  **Interview date:** 03/07/2005
**ID#:** 9017705  **Age:** 12-4

The Vineland Adaptive Behavior Scales measure the personal and social skills of individuals from birth to adulthood. Adaptive behavior refers to the individual's typical performance of day-to-day activities. These scales, therefore, assess what a person actually does as opposed to what he or she is capable of doing. The Vineland covers adaptive behaviors in four different domains: Communication, Daily Living Skills, Socialization, and Motor Skills. It also provides a composite score that summarizes the individual's performance across all of these domains.

Shantania Foster was age 12-4 on the interview date of 03/07/2005. The respondent was her mother, Theresa Foster. Theresa Foster was interviewed by Thomasine Coates. Shantania's standard score on the Adaptive Behavior Composite is 69. The confidence level of 90 percent yields a confidence band of 62 to 76. Shantania's percentile score of 2 on the Adaptive Behavior Composite indicates that her score is higher than or equal to only 2% of similarly aged individuals in the norm group. Her adaptive level is rated as Low for her age group.

Shantania's level of adaptive functioning within the Communication domain is Adequate for her age group. Her standard score of 86 results in a confidence band of 75 - 97 at the 90 percent confidence level. Her percentile rank is 18. Thus, her score in this area is higher than or equal to 18 percent of her peers in the normative sample. She had an adaptive level of Adequate for Receptive Communication, Moderately Low for Expressive Communication, and Adequate for Written Communication.

Shantania's standard score for the Daily Living Skills domain is 69 which results in a confidence band of 61 - 77 at the 90 percent confidence level. This score represents a Low level of adaptive functioning for an individual of her age. Her percentile rank for the Daily Living Skills domain is 2. Her adaptive level is Moderately Low for all three subdomains (Personal, Domestic and Community).

Shantania's level of adaptive functioning within the Socialization domain is Low for her age group. Her standard score is 69 which results in a confidence band of 58 - 80 at the 90 percent confidence level. Her percentile rank is 2. A look at the subdomain scores within the Socialization domain indicates that Shantania's adaptive level is Low for Interpersonal Relationships, Moderately Low for Play and Leisure Time, and Moderately Low for Coping Skills.

Copyright 2000, American Guidance Service, Inc. All rights reserved.

# Vineland Adaptive Behavior Scales
Interview Edition - Survey Form
March 23, 2005

**Client:** Foster, Shantania
**ID#:** 9017705

**Interview date:** 03/07/2005
**Age:** 12-4

Dear Theresa Foster,

The Vineland Adaptive Behavior Scales measures an individual's adaptive behaviors. Adaptive behaviors are those day-to-day activities that are necessary for individuals to get along with others and take care of themselves. These activities change as a person grows older and becomes less dependent on the help of others. But at every age, certain skills are required in the home, school, and community.

Learning about an individual's adaptive behavior helps us to gain a total picture of that individual. When adaptive behavior information is combined with information about an individual's intelligence, school achievement, and physical health, plans can be made to address any special needs that person may have at home or in school.

In order to determine the level of an individual's adaptive behavior, someone who is familiar with that individual, such as a parent or caregiver, is asked to describe their daily activities. Those activities are then compared with other people the same age, to determine which areas are average, above or need special help.

In an interview for the Vineland Adaptive Behavior Scales, you described the types of things Shantania does. The Vineland covers several areas of adaptive behavior.

Shantania's percentile ranks are reported for Communication, Daily Living Skills, Socialization and the Adaptive Behavior Composite. The scores indicate how Shantania's adaptive behavior compares with a group of typical individuals from across the United States the same age as Shantania.

A percentile rank indicates the percentage of individuals who had scores lower than Shantania's score. For example, Shantania's percentile rank of 2 on the Adaptive Behavior Composite tells you that only 2 percent of the people Shantania's age in the norm group had lower scores than Shantania. This score indicates a low level of performance overall relative to individuals in the norm group.

More specific areas of adaptive behavior within each of the areas assessed are also reported. For each of these specific areas Shantania's score is rated high, moderately high, adequate, moderately low, or low. Shantania's abilities in the Communication domain were Adequate for

Copyright 2000, American Guidance Service, Inc. All rights reserved.

# Vineland Adaptive Behavior Scales
Interview Edition – Survey Form
March 23, 2005

**Client:** Foster, Shantania  
**ID#:** 9017705

**Interview date:** 03/07/2005  
**Age:** 12-4

Receptive, Moderately Low for Expressive, and Adequate for Written. In the Daily Living Skills domain, Shantania's abilities in the Personal subdomain were Moderately Low, in Domestic they were Moderately Low, and in Community they were Moderately Low. Shantania's abilities in the Socialization domain were Low for Interpersonal Relationships, Moderately Low for Play and Leisure and Moderately Low for Coping.

Sincerely,

Copyright 2000, American Guidance Service, Inc. All rights reserved.