DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Letter of Invitation

1st invite

MDT Referral Date: _____

Date: 6/25/05
Re: Shantavia Foster

Dear **Parent / Advocate**

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:
**R Harris E.C.**
**4600 Livingston Rd**

Please check one date for confirmation:
- ☐ Date: 7/12/05   Time: 10:00 am ; or
- ☐ Date: 7/13/05   Time: 10:0 am ; or
- ☐ Date: 7/14/05   Time: 2:00 pm

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**The purpose of this meeting is to:**

- ☑ **develop/review IEP (including consideration of extended school year (ESY) services
- ☑ **review evaluation or reevaluation information
- ☐ develop the student evaluation plan (SEP)
- ☑ discuss documented levels of service
- ☐ **review records to support the completion of services as follows:
- ☐ discuss placement
- ☐ determine manifestation
- ☑ discuss eligibility
- ☑ **discuss CompEd
- ☐ *consider transition services needs
- ☐ discuss quarterly review
- ☐ behavior plan review

☐ Graduated   ☐ Completed Services   ☐ Aged Out   ☐ Transferred Out of District   ☐ Dropped Out
☐ Other: _____

**Placement will be discussed.

MDT Members:
- ☐ Principal or Designee
- ☑ Parent
- ☑ LEA Representative
- ☐ Student
- ☐ General Education Teacher
- ☑ Special Education Teacher
- ☐ Speech and Language
- ☐ Social Worker
- ☑ Psychologist
- ☐ Other: **advocate**

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact **Mr. Williams / Mrs. Garrett** at **202-645-7007** (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

* _____   * _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____   Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).   ☐ Yes   ☐ No

District of Columbia Public Schools    07-02-2001    Division of Special Education    MDT Letter of Invitation to the Parent - Page 1 of 3