

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000 Fax # 202-442-5098
*www.k12.dc.us*

July 5, 2005

Miguel Hull, Esq.
James E. Brown & Associates
1220 L Street, NW
Suite 700
Washington, DC 20018

<u>**By Facsimile: 202-742-2098**</u>

RE:     **Shantavia Foster**
        **DOB: 11-07-92**
        **Disclosure Notice**

Dear Mr. Hull:

At the upcoming due process hearing in the above-referenced matter, that is scheduled for
Wednesday, July 13, 2005 and pursuant to 34 C.F.R. 300.509(a)(3), in addition to all
documents disclosed by the parent, DCPS may rely upon any of the following witnesses[1] and
documents:

**Witnesses**
Marylee Phelps or designee(s), Interim Assistant Superintendent, Special
Education Division
Theodore Hinton, Principal or designee, P.R. Harris
Tracye Garrett, Special Education Coordinator, or designee, P.R. Harris
Kathleen Shaw, DCPS School Psychologist, or designee, P.R. Harris
Special Education Teacher or designee, P.R. Harris
General Education Teacher or designee, P.R. Harris
**Documents**
*DCPS-01 Hearing Request

---
[1] Witnesses may testify by telephone.

---
*Children First*

DCPS reserves the right to rely on any documents and/or witnesses disclosed by the parent that it deems relevant in this case.

DCPS will object to the testimony of any expert witnesses if a curriculum vitae and/or resume is not provided with the student's 5-day disclosure.

Additionally, DCPS reserves the right to introduce any and all witnesses and/or documents for the purpose of impeachment and rebuttal.

*In the interest of time and efficiency, DCPS will not physically disclose this document, as it is believed to be in the possession of the parent/parent's counsel.

If you wish to discuss any aspect of this case further, or have questions, please contact me at 202/442-5173.

Sincerely,

Stephanie Ramjohn Moore, Esq.
Attorney Advisor


CC:    Student Hearing Office