# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald<br><br>\* Admitted in Maryland Only | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Marshall Lammers°<br>Delores Scott McKnight<br><br><br>! Admitted in Bolivia Only |

July 6, 2005

***Via Hand and Delivery***
Stephanie Ramjohn-Moore, Esq.
Office of General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE, 9th floor
Washington, D.C. 20002

**Re: Disclosure in the matter of Shantavia Foster DOB: 11-07-92**
**Hearing date July 13, 2005 at 3:00 pm**

Dear Ms. Ramjohn-Moore:

    Pursuant to the disclosure requirements found in 34 C.F.R. 300.509(a)(3), the parent of the above referenced child hereby submits the following documents and names of witnesses that may be relied upon as evidence during the upcoming hearing scheduled July 13, 2005.

## Witnesses [a]

1. Shantavia Foster, Student;
2. Gregory Foster, Father;
3. Theresa Foster, Mother;
4. Dr. Robin Boucher, Special Education Advocate, James Brown & Associates, PLLC, or designee; and
5. Heidi Romero, Legal Assistant, James Brown & Associates, PLLC, or designee.

---

[a] Witnesses may testify via telephone

◊ Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.

° Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar. D.C. Court of Appeals.

Disclosures for- Shantavia Foster
July 6, 2005
Page 2

## Documents

SF-01  Hearing Request 6/08/05;
SF-02  Hearing Notice 6/13/05;
SF-03  Settlement Agreement 5/05/05;
SF-04  Correspondence to the Office of Mediation and Compliance 6/03/05;
SF-05  SEP Meeting Notes 3/24/05;
SF-06  MDT Continuation Meeting Notes 3/24/05;
SF-07  Advocate's SEP meeting Notes 3/24/05;
SF-08  Stanford Test Scores 4/01; and
SF-09  Curriculum Vitae for Dr. Robin Boucher.

In addition to the aforementioned documents and witnesses, the parent reserves the right to rely on, and use, any documents presented by DCPS during the upcoming hearing. The parent also reserves the right to present additional documents and witnesses during the hearing for the purpose of impeachment or rebuttal. Thank you for your attention and please do not hesitate to contact me at 202 742-2015 if you wish to discuss any aspects of this case.

Respectfully,

Miguel Hull, Esq.

cc: Student Hearing Office