**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last **Foster**  First **Shantavia**  MI

Student ID **997705**  Soc. Sec. No. **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**  Age: **12**  Grade **8**

Gender ☐ M ☑ F   Date of Birth **11/7/92**   Ethnic Group **African American**

Address  House No. **253**  Street Name **V Street**  Quadrant **NW**  Apartment # **201**
City **Washington**  State **DC**  Zip Code **20001**

☐ Non-attending

Attending School **P.R. Harris**  Home School **Garnett Patterson**
☐ Elem. ☑ Mid/JHS ☐ SHS ☐ CWS /

Parent **Theresa Foster**

Address of (if different from student):  ☑ Parent ☐ Guardian ☐ Surrogate
House No.  Street Name  Quad  Apt. No.  City  State  Zip Code

Telephone: Home **202-588-5791**  Work

## II. CURRENT INFORMATION

Date of IEP Meeting: **7/21/05**
Date of Last IEP Meeting: —
Date of Most Recent Eligibility Decision: **7/21/05**

Purpose of IEP Conference:
☑ Initial IEP  ☐ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **III**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | none |
| Parent | English | English | English | none |
| Home | English | na | na | none |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral:
Rdg./ Written:
Instrument:
Date:

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 20 | 20 | hrs | week | Special Educators | 7/21/05 | 10 | months |
| Psychological counseling | | .5 | .5 | hrs | week | S.W. or school psychologist | 7/21/05 | 10 | months |
| | | | | | | | | | |
| TOTAL | | 20.5 | 20.5 | Hours Per Week | | | | | |

## V. Disability(ies)  **Mentally Retarded**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☑ 61-100%

Percent of time NOT in a Regular Education Setting **63**

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Juan J. Fernandez, Advocate
Theresa Foster, parent
LaVaughn T..., Social Worker
Elizabeth J. Carroll / Elizabeth J. Carroll
Anita Drayton / Anita Drayton
Desmond Wells / SES/special educator
Kathleen Shaw, Sch. Psych.
Drauge J. Gavell, LEA / SPED Coord.

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature _____  Date **7/21/05**

| | | | |
|---|---|---|---|
| Student Name: Shantavia Fox | Managing School: Garnett Patterson | DCPS - IEP Page 2 of 4 | |
| Student ID Number: 9017705  DOB: 11/7/92 | Attending School: P.R. Harris | | |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

**Academic Areas: (Evaluator)** Kathleen M. Shaw, Sch Psych

**Math Strengths:** Number concepts, addition, subtraction, division

**Impact of disability on educational performance in general education curriculum:** Deficits in tables, graphs, measurement, fractions, decimals

**Reading Strengths:** Letter word recognition, vocabulary, Spelling

**Impact of disability on educational performance in general education curriculum:** Word meanings, read passages and process / conclusion

Score(s) When Available:
- Math Cal. 4.6
- Math Rea. 5.4
- See goal page:
- Date: 5/18/05
- Rdg. Com 5.8
- Rdg. Basic 5.0
- Written Ex. 2.3
- See goal page:
- Date: 5/18/05

**Communication (Speech & Language) (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available:
- Exp. Lang.
- Rec- Lang.
- Artic
- Voice
- Fluency
- Exp. Voc.
- Rec. Voc.
- See goal page:
- Date:

**Motor/Health (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s)/Results When Available:
- See goal page:
- Date:

**Social Emotional Behavioral Areas: (Evaluator)** Kathleen Shaw, Sch Psych
Strengths: Cooperative, friendly, Respectful

Impact of disability on educational performance in general education curriculum: Lack of insight, poor self esteem, feelings of inadequacy

Score(s) When Available:
- See goal page:
- Date: 5/18/05

**Cognitive/Adaptive Behavior: (Evaluator)** Kathleen M Shaw, Sch Psych
Strengths: Number Recall, Block Counting

Impact of disability on educational performance in general education curriculum: Rover, Triangles, Word Order

Score(s) When Available:
- GSM 74
- GV 58
- MPI 62
- See goal page:
- Date: 5/18/05

**Prevocational Skills: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available:
- See goal page:
- Date:

| Student Name | Shantavia Foster | Managing School | Garnett Patterson | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9017705  DOB 11/7/92 | Attending School | P. R. Harris | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐    Goal Number: 1

Area addressed by goal: **Reading / Reading Comprehension**

**ANNUAL GOAL:** (including mastery criteria.)

Shantavia will improve her overall reading competency by 5-7 months growth.

Provider(s): **Special Educators**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Shantavia will read words from a grade equivalent 5th was list with 80% accuracy | | weekly |
| Shantavia will answer questions from a story or grade equivalent text with 80% accuracy. | | weekly |
| Shantavia will keep a vocabulary journal of words she encounters but doesn't understand with 80% accuracy. | | weekly |
| Shantavia will accurately describe cause and effect relationships with 70% accuracy | | weekly |
| Shantavia will write alternative conclusion to stories with 80% accuracy | | weekly |

**EVALUATION PROCEDURE(S)**

☑ Portfolio  ☐ Log  ☐ Chart  ☑ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | Shantavia Foster | Managing School | P.R. Harris | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9017705  DOB 11/7/92 | Attending School | P.R. Harris | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 3 |
|---|---|---|

Area addressed by goal: __Written Expression__

**ANNUAL GOAL:** (including mastery criteria.)

Shantavia will improve her written expression by 5-7 months growth

Provider(s): __Special Educators__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Shantavia will spell words from a weekly word list with 80% accuracy |  | weekly |
| Shantavia will respond to a prompt by writing 4-6 sentences on 4 out of 5 trials |  | weekly |
| Shantavia will write a sentence with correct ending punctuation with 80% accuracy. |  | weekly |
|  |  |  |
|  |  |  |
|  |  |  |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Shantavia Foster | Managing School | | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9017705  DOB 11/7/82 | Attending School | P. R. Harris | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐   Goal Number: 2

Area addressed by goal: __Mathematics__

**ANNUAL GOAL:** (Including mastery criteria.)

Shantavia will improve her overall math competancy

Provider(s): __Special Educators__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Shantavia will solve 2-step story problems with 70% accuracy | | weekly |
| Shantavia will add & subtract fractions with like denominators with 80% accuracy | | weekly |
| Shantavia will divide 1 by 1 and 1 by 2 digit numbers with 80% accuracy | | quarterly |
| Shantavia will interpret information from a graph and answer questions appropriately with 75% accuracy | | W |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 3 of 4

| Student Name | Shantavia ~ster | Managing School | P.R. Harris | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9017705  DOB 10/7/92 | Attending School | P.R. Harris | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: 4 |
|---|---|---|
| | Area addressed by goal: Social-Emotional | |

**ANNUAL GOAL:** (including mastery criteria.)

1.) Shantavia will improve her motivation in the classroom by 80%
2.) Shantavia will improve her self-confidence in the classroom by 80%
3.) Shantavia will increase her ability to make idependant decisions by 80%

Provider(s): Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Shantavia will increase her use of self-affirming statements by 80%. | | Weekly |
| Shantavia will be able to identify personal strengths in 3 out of 4 trials. | | Weekly |
| Shantavia will decrease the amount of times she is influenced by peers by 80% | | Weekly |
| Shantavia will increase the timely completion of classwork assignments by 80% | | Weekly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    (Log)    Chart    Test    (Documented Observation)    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Shantavia Foster | Managing School | Garnett Patterson | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9017705  DOB 11/7/92 | Attending School | P.R. Harris | Page 4 of 4 |

Additional Comments:

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?   Yes   (No)

Explanation for removal out of regular education classroom.

Shantavia needs a small group environment to address her adaptive/ cognitive needs

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:     None needed
- Timing/Scheduling: scheduled breaks, frequent breaks
- Setting: small group
- Presentation: repeat direction
- Response:
- Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I   Tested with non-disabled peers under standard conditions without accommodations.

(Level III)  (Describe non-uniform conditions for level III)
Tested under non-standard conditions with permissible accommodations

Level V  Portfolio:

Level II   (Describe accommodations for level II)
Tested under standard conditions with special accommodations.

Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

✓ Reading           Physical/Sensory           Transition           ✓ Language Arts/English
✓ Mathematics       ✓ Social Emotional         Vocational           ✓ Social Sciences
✓ Written Expression  Physical Development     Independent Living   Biological & Physical Sciences
Other:                                         Speech/Language       Fine Arts
None       Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

Modifications:

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| 1. general education | rejected | continued school failure |
| 2. combination general-ed /resource | accepted | time from non-disabled peers |
| 3. out of special general education | rejected | impact on self-esteem |

Modification(s)/Accommodation(s) to address the harmful effects:

Special scheduling accommodations will be given to address these potential harmful effects

Location for Services: combination resource/regular

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

# Mental Retardation
## Eligibility Determination Form
(Attach MDT Meeting Notes)

| Student's Full Name: Shantavria Foster | Student ID: 9017705 |
|---|---|
| Date of Birth: 11-7-92 | Date of MDT: 7-21-05 |
| Attending School: PR Harris EC | Neighborhood School: Garnett-Patterson |

In order to determine if a student to have the disability of Mental Retardation and is eligible for specialized instruction and/or related services the MDT must compare evaluation data and document that:

| | | |
|---|---|---|
| ☑ Y  ○ N  ○ Insufficient (There is NOT enough documentation available to make a determination) | 1a. | Cognitive functioning is at least two (2) standard deviations below the mean, **and** |
| ☑ Y  ○ N  ○ Insufficient | 1b. | Adaptive behavior is at least two (2) standard deviations below the mean as indicated from an adaptive behavior scale assessment, **and** |
| ☑ Y  ○ N  ○ Insufficient | 1c. | Severe deficit in overall academic performance including acquisition, retention, and application of knowledge. |
| ☑ Y  ○ N  ○ Insufficient | 2. | Evaluation information confirms there is an adverse effect on educational performance. |
| ☑ Y  ○ N  ○ Insufficient | 3. | Diagnosed by a psychologist as being mentally deficient. |

Supporting Evidence [Type(s) of documentation used to make the determination, i.e., psycho-educational evaluation, speech language evaluation, classroom work, teacher observation, etc.]:

| | |
|---|---|
| ☑ Y  ○ N | Evaluation information confirms that lack of instruction in reading and/or math was not a determinant factor in the eligibility decision. |
| ☑ Y  ○ N | Evaluation information confirms that limited English proficiency was not a determinant factor in the eligibility decision. |
| ☑ Y  ○ N | The student's deficits are not <u>primarily</u> the result of autism, speech or language impairment or emotional disturbance. |

The MDT used the above interpretation of the evaluation data to determine:

☑ The student has Mental Retardation and is eligible for specially designed instruction and/or related services (Criteria 1, 2, and 3 MUST all be checked to be eligible), **or**

☐ The student does not have Mental Retardation, **or**

☐ Evaluation data is insufficient to determine eligibility. Additional assessments and/or data will be obtained in the area(s) as indicated on the **STUDENT EVALUATION PLAN (SEP).** The MDT will reconvene by _____ to review and determine eligibility.
*All medical documentation must be reviewed by the DCPS medical doctor.

September 20, 2002

**Multidisciplinary Team Members:**

| Titles | Signatures | Agree | Disagree |
|---|---|---|---|
| LEA Representative | | | |
| Parent/Guardian | Theresa Foster | ✓ | |
| Regular Education Teacher | Elizabeth J. Carroll | ✓ | |
| Special Education Teacher | Desmond D. Williams | ✓ | |
| Psychologist/Evaluator | Kathleen D. Shaw | | |
| Speech/Language Therapist | | | |
| Social Worker or Counselor | LaVah M. Turner | ✓ | |
| Student | | | |
| Other  Acting Principal | Anita L. Drayton | ✓ | |
| Other  advocate | Juan J. Fernerdo | ✓ | |
| Other | | | |

Each MDT member shall certify in writing whether the report reflects his/her conclusion. If it does not  
lect his/her conclusion, the team me

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

| | | | |
|---|---|---|---|
| School P.R. Harris | Principal Mrs A Drayton | Special Education Coordinator Herndon | |
| Date 7/21/05  Case Manager | | Technical Support Supervisor | |
| Student Shantavia Foster | DOB 11/7/92  Age 12  Grade 8 | ID# 9017755 | SSN# 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 |
| Parent Therese Foster | Telephone (H) | (W) | |
| Address: Street# Street 253 V Street | NW Quad  Apt. No. | City Washington, DC | 20001 State  Zip Code |

REFERRAL SOURCE: (Check)    120 Day    Reeval.    HOD    (SA)    MA
Nonpublic    Residential    Citywide    Courts    Local School    Other:

Previous least restrictive environment (LRE Setting):

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| • small group<br>• extended time<br>• school counseling | Current IEP | (Yes) | No |
| | Signatures of required participants (MDT notes) | (Yes) | |
| | Intervention Behavior Plan | ~~Yes~~ | NA |
| | Copies of current class work and homework assignments: | Yes | |
| | Medical Reports: | Yes | No |
| | Clinical Reports: | Yes | No |
| | Psychiatric Reports | Yes | No |
| | Medications: | Yes | No |
| | Attendance Record | (Yes) | |
| | Copies of most recent evaluation(s) | (Yes) | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| Student is eligible<br>See TAT notes<br>MDT notes | |

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | in general education classroom setting | general educators with consultation from special education staff | between 0% and 20% of service time |
| 2 | ✓ combination general education and resource classroom | ✓ combination of general educators, special educators and related service providers | ✓ between 21% and 60% of service time |
| 3 | *out of general education classroom | special educators and related service providers | between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW.<br>If two or three boxes are checked in the Row 2, check MODERATE.<br>If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |
|---|---|

### 7. LEVEL OF NEED

| LOW | MODERATE | HIGH |
|---|---|---|
| | (MODERATE) | |

—07-02-2001    Attention: Technical Support Supervisor / PERM Compliance Team



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**INITIAL PLACEMENT**

Date: 7/21/05

Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet. We would like to remind you at this time that:
- granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

✓ Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at __RB Harris EC ow__ school, for:
   Garnett Patterson

__ 0% - 20%,    __ 21% - 60%, or    ✓ 61% - 100%,

**Parent Response Section:**

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

___see attached Theresa Foster___        ___7/21/05___
Parent/Guardian Signature                 Date

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, __Theresea Foster__, received a copy of *A Procedural*
   (Parent/Guardian Name)

*Manual for Parents* from __Desmond Williams__ /Title __SES__
                        (Person Issuing Document)

at __P. R. Harris__.
      (School)

__7 / 21 / 05__.
       (Date)

X __Theresa Foster__
   Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

17

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT |

MDT REFERRAL DATE: _____

STUDENT: Shantavia Foster     SCHOOL: P.R. Harris     DATE: 7/21/05

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Tracye L. Garrett | Tracye L. Garrett | SPED Coord / LEA |
| LaVaughn Turner | LaVaughn Turner | Social Worker |
| Desmond Williams | Desmond Williams | Special Educator |
| Theresa Foster | Theresa Foster | Parent |
| Juan J. Fernandez | Juan J. Fernandez | Advocate |
| Elizabeth J. Carroll | Elizabeth J. Carroll | Teacher |
| Anita L. Drayton | Anita L. Drayton | Asst. Principal |
| Cathleen M. Shaw | Cathleen M. Shaw | Sch. Psych. |

Team members were introduced and eligibility was identified as the purpose of the meeting. Mrs. Shaw reported on findings of psychoeducational evaluation. No behavioral problems noted during the testing. The KABC-II was administered. The Mental Processing Index (MPI) is 62 (lower extreme) (Standard Score). For academics Shantavia was administered the Kaufman Test of Educational Achievement Second Edition for Reading, Math, Written and Oral Language. Her overall achievement composite indicated a standard score of 79 (below average range). Her most pronounced weakness was the written and Oral Language (composite score 72 - lower extreme range). She was also administered the Bender Gestalt Visual Motor Integration Test, Second Edition which measures visual motor interpretation and perception. She obtained a standard score of 106 (average) for copying designs accurately. Serious difficulty noted for integration.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MT REFERRAL DATE: _____   MULTIDISCIPLINARY TEAM (MDT)   Page: 2 of 2
CONTINUATION MEETING NOTES
MEETING TYPE: MDT - Eligibility

STUDENT: Foster, Shantavia   SCHOOL: PR Harris EC   DATE: 7-21-05

Student does have some poor self esteem issues which are also noted in the body of the report. Student is in need of intervention to address her deficiencies in academics and counseling. Also it was recommended that she be re-evaluated in one-year to determine progress.

Next, Mr. Turner reported on findings/summary of social history. Student appears to lack motivation. In addition, he reported on findings of Vineland - communication - 86 (adequate), daily living - 69 (low) AE-8.7, Socialization - 69 (low), Overall composite - 69/ AE=8.8. Mrs. Shaw then explained the purpose of the Vineland and what it measures. The disability identified/recommended by Mrs. Shaw was mild mental retardation.

The team agreed that Shantavia is eligible for special education as a student with mental retardation.

The team moved developed the IEP

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
~~(MDT)~~ IEP
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: Foster, Shantavia   SCHOOL: PR Harris EC   DATE: 7-21-05

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Theresa Foster | Theresa Foster | |
| Tracye L. Garrett | Tracye L. Garrett | SPED Coord/LEA |
| Elizabeth J. Carroll | Elizabeth J. Carroll | Teacher - Regular Ed. |
| Anita Drayton | Anita Drayton | Asst. Principal |
| Ivan J. Fernandez | Ivan Fernandez | Advocate |
| Desmond D Willer | Desmond Will | SES/special educator |
| Kathleen M. Shaw | Kathleen M. Shaw | Sch. Psychologist |
| LaVaughn Turner | LaVaughn Tr | Social Worker |

The team moved into the discussion and development of the IEP. Student is eligible as a student with mild mental retardation. Academic goals were formulated from psychoeducational as well as monitoring methodologies. Student & Team agreed that Student should receive 20 hours of instruction and 30 minutes of counseling (weekly) in special education. Student will receive services in a combination setting. This initial IEP can be implemented in her neighborhood school, Garnett-Patterson Middle School. The advocate requested a 30-day review to discuss adjustment into special education placement at Garnett-Patterson. Team agreed to a 60-day review.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page: 2 of 2
CONTINUATION MEETING NOTES
MEETING TYPE: IEP

ENT: Foster, Shantavra    SCHOOL: PR Harris EC    DATE: 7-21-05

Mr. Turner reviewed social/emotional goals, and they were accepted by the team. Settlement agreement was reviewed to determine if all items had been satisfied. The last item needed was compensatory education. Discussion then began around whether student participated in the after-school tutoring which was offered from P.R. Harris. Parent reported both students only attended one day and it was not what they expected --- playing in class and on the computer. However, parent never spoke to any staff about those concerns. It was explained to parent that one-on-one tutoring in Math was being offered in the afterschool program beginning March 25, 2005. Unfortunately parent refused these services. Advocate argued that student is owed 780 hours of counseling instruction and 18 hrs of counseling for school year 04-05. Team disagreed with advocate on comped hours. Placement notice and parent request placement of IEP was given to Mrs. Foster. Parent and advocate accepted. Meeting ended at 12:20 pm. Parent/advocate accepted implementation of IEP.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)
Prior to Action Notice

Check Purpose:
- [x] Initial Evaluation
- [x] Initial Placement
- [ ] Reevaluation
- [ ] Change in Category Exi
- [ ] Related Service Add
- [ ] Related Service
- [ ] Change in Placement
- [x] Other _Initial_

Date **7/21/05**
Student **Shantavia Foster**   DOB **11/7/92**
School **P.R. Harris**
Current Disability Category **Mentally Retarded**
Setting **Combination regular ed / resource room**
Dear **Mrs Foster**

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [ ] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)
- [ ] Your child is not eligible for special education service(s).
- [x] Your child is eligible or continues to be eligible to receive special education services as a student with **Mental Retardation**
- [x] Your child will begin receiving **Psychological Counseling** as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [x] Your child's alternative placement on continuum (next setting) is being changed, from **PR Harris** to **Garnett Patterson**
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other:

Description and Explanation of agency action proposed or refused.
**Shantavia will spend part of her day in a resource classroom**

Description of Other Options Considered and reasons for rejection of each option
**Shantavia does not need a full time placement it is a violation of LRE**

Other relevant factors to the decision- _____

MDT Members:
- [x] Principal or Designee
- [x] Parent
- [x] Student
- [x] Social Worker
- [x] General Education Teacher
- [x] Special Education Teacher
- [ ] Speech and Language
- [ ] *LEA & Interpreter (*may be one)
- [x] Psychologist
- [ ] Other:

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards, please contact **Mrs Garrett** at **202-645-3180** (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior to Action Notice
07-02-2001

7/21/05

Cantavius Foster
Advocate's Notes

The Purpose of this meeting is to review assessments in order to determine ~~[scribbled]~~ eligibility, discuss and determine Placement and if warranted, discuss Comp. Ed.

The Psycho-Ed was reviewed by Ms. Shaw, school Psychologist. No behavior problems. She had poor skills as she progressed from subtest to subtest.

* Full Mental Processing index score 62 (Full IQ Score) is low. (Very).

She recommended a reeval. within a year.
She also recommende special ed. services (specidered Instruction)
"Her non verbal reasoning is very low (extreme)", "she is very low in retaining the information."

* Her performance was 79 (Standard Score). Her processing and retaining this information are her greatest weakness. Written Expression is very low, she obtained a standard score of 70, Age equivalent would be 7:3 (2do Grade) Oral Expression her score was 50, A.E. de. 6 Pre-school Level.

* She has poor self-Steem and feelings of inferiority

Social History and Vineland evals were reviewed by Dr. Ivonex DCPS Psychologist.

7/14/05

Page 2

Advocates Notes
Shantavia Foster

Daily Skills were very low, A.E. 8.7 Socialization was low. Overall Composite Score was 69 A.E. 8.8 (which was low). According to Ms. Shaw based in all of the stated above Shantavia would qualify for Special Ed. Services as a ▮▮ MR student.

* She will receive 20 hrs of specialized Instruction and .30 minutes of Counseling. Team was in agreement. Parent and Advocate are requesting a 30 day review @ Garnett-Patterson MS to review her adjustment @ the new setting and if warrented, discuss the IEP. and see if it is working out for Shantavia.

* Compensatory Education discussion began: Parent and Advocate are requesting 720 hrs of specialized Instruction for missed services and 18 hrs of counseling for missed counseling. This is all base on the fact Teacher had suggested to parent that Shantavia needed to be evaluated for Special Ed., in more than one occassion, these conversations were over the last couple of years (SY 2003-2004 and SY 2004-2005) The school system knew back then that Shantavia had a suspected disability, but did nothing. Until a request was made by Parent's attorney. The parent and Advocate would like this Comp Ed to be provided in the form of 1 to 1 tutoring.

Juan Fernandez  Theresa Foster