**Table of Contents**

Exhibit 1.	Request for Initial Evaluations 2/4/05.

Exhibit 2.	Meeting Notes 3/24/05

Exhibit 3.	Due Process Hearing Request 3/31/05

Exhibit 4.	Settlement Agreement 5/7/05

Exhibit 5.	Notice of Violation 6/3/05

Exhibit 6.	Due Process Hearing Request 6/8/05

Exhibit 7.	Notice of Due Process Hearing 6/13/05

Exhibit 8.	Vineland Adaptive Behavioral Assessment

Exhibit 9.	Letter of Invitation 6/28/05

Exhibit 10.	DCPS Disclosure Cover Letter 7/5/05

Exhibit 11.	Parent's Disclosure Cover Letter 7/6/05.

Exhibit 12.	Individualized Educational Program 7/21/05 and meeting notes.

Exhibit 13.	Hearing Officer's Determination 7/25/05.