UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.F., a minor, by her parent and next friend, THERESA FOSTER, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 05-1686 (CKK) |

**ORDER**
(December 16, 2005)

Plaintiff filed her Complaint in this action on August 4, 2005. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's summons on Defendants the District of Columbia and Dr. Clifford Janey was required to be served within 120 days of August 4, 2005 – i.e., by December 2, 2005. According to the Court's review of the case docket on the date of this Order, service of the summons and Complaint still has yet to be effectuated by Plaintiff on Defendants, despite the fact that over 120 days have passed since the filing of Plaintiff's Complaint in this action. According to Rule 4(m) of the Federal Rules of Civil Procedure:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff*, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m) (emphasis added).

In order to avoid the finality of a mandatory dismissal, it is, this 16th day of December, 2005, hereby

**ORDERED** that by January 15, 2006, Plaintiff must cause process to be served on Defendants <u>and</u> proof of service to be filed with the Court; it is further

**ORDERED** that failure to meet this requirement shall result in the Court dismissing this action without prejudice.

**SO ORDERED**.

                                                                              _/s/_____
                                                            COLLEEN KOLLAR-KOTELLY
                                                            United States District Judge