UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA FOSTER, et al., : | |
| : | |
| PLAINTIFFS : | |
| : | Civ. Action No. 05-1686(CKK) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| DEFENDANTS. : | |

## ADMINISTRATIVE RECORD

Attached is an index and the record of the administrative proceedings at issue in this action. A copy of this notice was filed via the ECF system. A hard copy of the administrative record was filed in the Clerk's office and mailed to Plaintiffs' counsel.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District
     of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2

    */s/ Veronica A. Porter*_____
    VERONICA A. PORTER (412273)
    Assistant Attorney General
    441 4th St., N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6651

**March 10, 2006**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2006, a copy of the administrative record was mailed, postage prepaid, to Plaintiffs' counsel Tilman L. Gerald, 1220 L Street, N.W., Suite 700, Washington, D.C. 20005.

_____
Veronica A. Porter
Assistant Attorney General

**Theresa Foster et al., v. District of Columbia et al., 05-1686**

**Index of Record**

|   |   | **Page** |
|---|---|---|
| 1. | Certification of Record | 1 |
| 2. | Hearing Officer's Determination – 7/25/05 | 2 |
| 3. | DCPS Disclosure Notice – 7/5/05 | 11 |
| 4. | Request for Mediation/Hearing – 6/8/05 | 14 |
| 5. | Hearing Notice – 6/13/05 | 19 |
| 6. | Plaintiffs' Disclosure Notice – 7/6/05 | 20 |
| 7. | Due Process Hearing Request – 6/8/05 | 22 |
| 8. | Hearing Notice – 6/13/05 | 29 |
| 9. | Settlement Agreement – 5/5/05 | 31 |
| 10. | Letter to the Office of Mediation and Compliance – 6/3/05 | 34 |
| 11. | SEP Meeting Notes – 3/24/05 | 39 |
| 12. | MDT Continuation Meeting Notes – 3/24/05 | 41 |
| 13. | Advocate's SEP meeting Notes – 3/24/05 | 43 |
| 14. | Stanford Test Scores – 4/01 | 46 |
| 15. | Curriculum Vitae for Dr. Robin Boucher | 48 |
| 17. | Hearing Transcript | 1-50 |