IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA FOSTER** )<br>Parent and next friend of S.F., a minor )<br>)<br>**Plaintiff** )<br>) Civil Action No.: 05-1686(CKK)<br>**v.** )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.*, )<br>)<br>**Defendants.** )<br>) | |

**PRAECIPE**

To the Clerk of the Court:

    Please dismiss the above captioned matter.

                            Respectfully submitted,

                            /s/
                            Tilman L. Gerald
                            Unified Bar No. 928796
                            James E. Brown & Associates, PLLC
                            1220 L Street, NW, Suite 700
                            Washington, D.C.  20005
                            (202) 742-2000
                            (202) 742-2098 (fax)
                            ***Attorney for Plaintiffs***